AUSA: Timothy E. Garcia Telephone: (313) 226-9522

AO 91 (Rev. 11/11) Criminal Complaint Officer: Monica Alaez Telephone: (313) 771-6601

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Armin Adali LOPEZ-Roblero

Case No.

Case: 2:26−mj−30488
Assigned To : Unassigned
Assign. Date : 8/17/2026
Description: RE: ARMIN ADALI LOPEZ−ROBLERO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 13, 2026 in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 8, United States Code, Sections 1326(a) and (b)(1) | Unlawful Re-entry after Removal from the United States - Prior Felony Conviction |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

Monica Alaez, Deportation Officer

*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]

*Judge's signature*

Date: August 17, 2026

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Monica Alaez, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since March 2009. I am currently assigned to the Detroit ICE-ERO Criminal Apprehension Program.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Armin Adali LOPEZ-Roblero, a native and citizen of Mexico who was previously removed from the United States on or about June 5, 2020, via Del Rio, Texas, subsequent to conviction for a felony, and was thereafter found in the United States on or about August 13, 2026, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to LOPEZ-Roblero. I have not included every fact known to law enforcement related to this investigation.

4. LOPEZ-Roblero is a twenty-six-year-old citizen of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On December 2, 2019, United States Border Patrol arrested LOPEZ-Roblero at or near Uvalde, Texas and processed him as an Expedited Removal.

6. On December 10, 2019, US Border Patrol removed LOPEZ-Roblero from the United States to Mexico through the Del Rio, Texas port of entry.

7. On December 13, 2019, US Border Patrol at or near Eagle Pass, Texas apprehended LOPEZ-Roblero and reinstated his prior removal order.

8. On June 4, 2020, United States District Court, Western District of Texas Del Rio Division convicted LOPEZ-Roblero of a violation of 8 USC § 1326(a), Unlawful Re- Entry into the United States, a felony, and sentenced him to time served, which was 174 days imprisonment, and a one-year term of non-reporting supervised release.

9. On June 5, 2020, US Border Patrol removed LOPEZ-Roblero from the United States to Mexico through the Del Rio, Texas port of entry.

10. On November 23, 2025, the New Jersey State Police arrested LOPEZ-Roblero in Bridgeton, New Jersey, for possession of cocaine. A bench warrant was issued on May 11, 2026.

11. On August 13, 2026, Oakland County Sheriff's Office arrested LOPEZ-Roblero in Rochester Hills, Michigan, for assault. According to witnesses, during a fight at the Red Roof Inn, LOPEZ-Roblero bit a portion of the earlobe off one of his coworkers.

12. On August 13, 2026, ICE ERO arrested LOPEZ-Roblero at the Oakland County Jail after he was released from custody and transported him to St Clair County for housing. On August 14, 2026, ICE ERO Detroit transported him to the Field Office for processing.

13. The arrest and subsequent detention of LOPEZ-Roblero was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

14. LOPEZ-Roblero fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Armin Adali LOPEZ-Roblero, a native and citizen of Mexico who had previously been removed from the United States.

15. Review of records from the alien file (A#xxx xxx 130) for LOPEZ-Roblero and queries in the U.S. Department of Homeland Security databases confirm that no records exist of LOPEZ-Roblero obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on June 5, 2020.

16. LOPEZ-Roblero gave a sworn statement admitting that he reentered the United States unlawfully in 2021.

17. On August 14, 2026, ICE-ERO reinstated LOPEZ-Roblero's prior removal order.

18. Based on the above information, I believe there is probable cause to conclude that Armin Adali LOPEZ-Roblero, is a citizen of Mexico and not a citizen or national of the United States, that he was previously removed from the United States on or about June 5, 2020 at or near Del Rio, Texas, subsequent to conviction for a felony, and that he was thereafter found in the United States on or about August 13, 2026, in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

*Complainant's signature*

Monica Alaez, Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

August 17, 2026